IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:24-CR-201-E |
| L.V. WILLIS, JR. (5) | |

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION AND CONTINUANCE OF DETENTION HEARING

The United States of America ("the government") moves for pretrial detention of Defendant pursuant to 18 U.S.C. § 3142(e) and (f).

**1. Eligibility of Case**: This case is eligible for a detention order because it involves:

- ☐ Crime of violence [18 U.S.C. § 3156(a)(4)]
- ☐ Maximum sentence of life imprisonment or death
- ☒ Controlled Substance offense punishable by 10 or more years
- ☐ Felony with two prior convictions in above categories
- ☐ Felony involving a minor victim
- ☐ Felony involving the possession or use of a firearm, destructive device, or any other dangerous weapon
- ☐ Felony involving a failure to register [18 U.S.C. § 2250]
- ☒ Serious risk that Defendant will flee
- ☐ Serious risk that Defendant will obstruct justice

**2. Reason for Detention.** The Court should detain Defendant because there are no conditions of release that would reasonably assure:

- ☒ Defendant's appearance as required
- ☒ The safety of the community
- ☒ The safety of another person

**3.** The government **will** invoke the **rebuttable presumption** against Defendant because there is probable cause to believe that Defendant has committed:

- ☒ A Controlled Substance Offense for which a maximum term of imprisonment of 10 years or more is prescribed
- ☐ An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b

**Detention Motion—Page 1**

☐ An offense listed in 18 U.S.C. § 2332b(g)(5)(B) ["Federal crime of terrorism"] for which a maximum term of imprisonment is 10 years or more is prescribed
☐ An offense under Chapter 77 of Title 18 [Peonage, Slavery, and Trafficking in Persons] for which a maximum term of imprisonment of 20 or more is prescribed
☐ A crime involving a minor [see offenses listed in 18 U.S.C. § 3142(e)(3)(E)]
☐ Defendant has previously been convicted of an offense described in 18 U.S.C. § 3142(f)(1) which was committed while Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of Defendant's conviction or date of release from imprisonment for such conviction

**4. Time for Detention Hearing**.  The government requests the Court to conduct the detention hearing
☐ At Defendant's first appearance
☒ After a continuance of  3  days.

Respectfully submitted,

LEIGHA SIMONTON
United States Attorney

*/s/ John Kull*
JOHN KULL
Assistant United States Attorney
Northern District of Texas
Texas Bar: 00791057
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Email: john.kull@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 30, 2024**, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system will send a Notice of Electronic Filing to the attorney(s) of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ John Kull*
JOHN KULL
Assistant United States Attorney

**Detention Motion—Page 2**