# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**HONORABLE:** Rebecca Rutherford
**DEPUTY CLERK:** L. Price
**LAW CLERK:** _____
**INTERPRETER:** _____

**PRESIDING:** _____
**COURT REPORTER/TAPE NUMBER:** FTR
**USPO:** _____
**Date:** May 31, 2024

Cr.No.3:24-cr-00201-E *SEALED*

DEFT. No. _____

UNITED STATES OF AMERICA

v.

L V WILLIS (5)

Ryan Neidermair, AUSA
Curt Crum
COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

### ARRAIGNMENT/REARRAIGNMENT

Time in Court: 1m

Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Direct Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty ☐ None

Days in Trial: _____
Hearing Concluded: ☐ Yes ☐ No

☐ Defendant SWORN.
☒ Arraignment ☐ Rearraignment – Held on Count(s) _____ 1,2,3 _____
   of the __3__ count(s) ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Complaint
☐ Sentencing Guidelines                                              ☐ Superseding Information
☐ Deft enters a pleas of   ☒ Not Guilty  ☐ Guilty  ☐ Nolo
☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted     ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set   Date: _____  Time: _____
☐ Trial set for   Date: _____   Time: _____
   Pretrial motions due: _____   Discovery motions/Government Responses due: _____
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____
☐ Deft Bond  ☐ Set  ☐ reduced to $ _____  ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond  ☐ continued  ☐ forfeited
☒ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 31 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy